UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. :
3:CR-20-082

MATTHEW GERSHKOFF,
:

Defendant :

PLEA

Now, this 18TH Day of May 2020, the within named Defendant, Matthew Gershkoff, having been arraigned in open Court, hereby pleads __GUILTY__ to the within Information.

Defendant

*/s/ Matthew Gershkoff*